# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

STEVEN LUCY,                    :

    Plaintiff,              :

vs.                             :       CA 06-0147-C

MICHAEL J. ASTRUE,              :
Commissioner of Social Security,
                                    :
    Defendant.

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $1,624.68 under the Equal Access to Justice Act, representing compensation for 10.05 hours of service by William T. Coplin, Jr., Esquire, at the cost-of-living adjusted rate of $161.66 an hour.

**DONE** this the 3rd day of July, 2007.

                s/WILLIAM E. CASSADY
                **UNITED STATES MAGISTRATE JUDGE**